

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

January 20, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/21/2015 4:18:44 PM
CHRISTOPHER A. PRINE
Clerk

TERRENCE GAISER
ATTORNEY OF RECORD
2900 SMITH #220
HOUSTON, TX 77006

Defendant's Name: JUDIST LAMOND BROUSSARD

Cause No: 1256403

Court: 337TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 1/14/15
**Sentence Imposed Date:** 1/14/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TERRENCE GAISER

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

MARY ANN RODRIGUEZ (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

P.2

# THE STATE OF TEXAS
## V.
## JUDIST BROUSSARD

**337TH District Court / County Criminal Court at Law No. _____**

Harris County, Texas

**F I L E D**

Chris Daniel

District Clerk

### NOTICE OF APPEAL

JAN 1 4 2015

Time: _____

Harris County, Texas

By _____ Deputy

## TO THE HONORABLE JUDGE OF SAID COURT:

On ___1/14/15___ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

☑ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

___1/14/15___
**Date**

___Judist Broussard___
**Defendant (Printed name)**

___Joseph Salhab___
**Attorney (Signature)**

___Joseph Salhab___
**Attorney (Printed name)**

___1753 2308___
**State Bar Number**

___2028 Buffalo Ter___
**Address**

___713-528-1005___
**Telephone Number**

**The defendant (check all that apply):**

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

___[signature]___
**Defendant (Signature)**

___Judist Broussard___
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___1/14/15___

By Deputy District Clerk of Harris County, Texas ___[signature]___

# ORDER

On _____I/I4/I5_____ the Court conducted a hearing and **FINDS** that defendant / appellant

❑ **IS NOT** indigent at this time.

❑ **IS** indigent for the purpose of

    ❑ employing counsel

    ☒ paying for a clerk's and court reporter's record.

    ❑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☒ Counsel's motion to withdraw is ~~**GRANTED**~~ / **DENIED.**

❑ Defendant / appellant's motion (to be found indigent) is **DENIED**.

❑ Defendant's / appellant's motion is **GRANTED** and

    ❑ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ❑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

❑ **SET** at $ _____No Bond_____

❑ **TO CONTINUE** as presently set.

☒ **DENIED** and is **SET** at **NO BOND**. (Felony Only)

**DATE SIGNED:** _____1-14-2015_____

_____
**JUDGE PRESIDING,**
_____ **DISTRICT COURT /**
**COUNTY CRIMINAL COURT AT LAW NO.** _____,
**HARRIS COUNTY, TEXAS**

# PAUPER'S OATH ON APPEAL

CAUSE NO.: _/ 2 5 6 4 0 3_    OFFENSE: _Capital murder_

THE STATE OF TEXAS    _3 3 7_ DISTRICT COURT

VS.    OF

_Judist L. Broussard_ HARRIS COUNTY, TEXAS

## TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _Judist L. Broussard_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

_x Judist Broussard_
DEFENDANT

SUBSCRIBED AND SWORN to before me, this _15_ day of _Jan_ A.D., 20__.

_____
DEPUTY DISTRICT CLERK
DISTRICT COURT
HARRIS COUNTY, TEXAS

FILED
Chris Daniel
District Clerk
JAN 15 2015
Harris County, Texas
Time:_____

## ORDER

On _01-15-15_ the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that _TERRENCE GAISER_ is appointed to represent defendant/appellant on appeal.

☒ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

1) It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _MARYANN Rodriguez_, by certified mail return receipt requested.

2) _MARCIA GRANT_

_Renee Magee_
JUDGE PRESIDING
_337_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _TERRENCE GAISER_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

_2900 Smith #220_
ADDRESS

_(713) 225-0666_
PHONE

_tggaiser@aol.com_
EMAIL ADDRESS

_07572500_
BAR/SPN NUMBER

_Houston, TX 77006_
CITY    STATE    ZIP

_(713) 227-4623_
FAX NUMBER

JAN 16 2015    22/996

SWORN TO AND SUBSCRIBED BEFORE ME ON _____.

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
**DISTRICT CLERK**

 

**Cause No. 125640301010**

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 337TH DISTRICT COURT |
| V. | COUNTY CRIMINAL COURT AT LAW NO. 337TH |
| BROUSSARD, JUDIST LAMOND, Defendant | HARRIS COUNTY, TEXAS |

FILED
Chris Daniel
District Clerk
JAN 14 2015
Harris County, Texas
By_____ Deputy

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_____
Judge  A. REAGAN CLARK

1/9/2015  1-14-2015
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant  BROUSSARD, JUDIST LAMOND

Mailing Address:

Telephone number: _N/A_

Fax number (if any):  N/A

_____
Defendant's Counsel  SALHAB, JOSEPH

State Bar of Texas ID number:      17532300

Mailing Address:      2028 BUFFALO TERRACE

Telephone number:      7135281005

Fax number (if any):  7135282424

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is. a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial. or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

3-15-15

Court **321**

Cause No. **1256+03**

The State of Texas
Vs

Broussard, Judist Lamona

1-14-15

**Date Notice Of Appeal:** 1/14/2015    JAN 14 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Reagan Clark

**Court Reporter** Mary Ann Rodriguez

**Court Reporter**_____

**Court Reporter**_____

**Attorney on Trial** Salhab, Joseph

**Attorney on Appeal** Gaiser, Terrance

Appointed **X** Hired_____

**Offense** Capital Murder

**Jury Trial** Yes **X** No_____

**Punishment Assessed** Life W/O Parole

**Companion Cases (If Known)**_____

**Amount of Appeal Bond**_____

**Appellant Confined:** Yes____ No____    22/997

JAN 16 2015

**Date Submitted To Appeal Section** 1/16/18

**Deputy Clerk** _____